**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **NGHIA HUYNH** | **CASE NO. 6:26-CV-01669** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **MARCO RUBIO** | **MAGISTRATE JUDGE DAVID J. AYO** |

# JUDGMENT

United States Magistrate Judge David J. Ayo issued a recommendation pursuant to 28 U.S.C. §§ 636 and 1915(e)(2)(B). After an independent review of the record and after consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that Nghia Huynh's claims be DISMISSED WITH PREJUDICE as frivolous and for failing to state a claim upon which relief may be granted.

THUS DONE in Chambers on this 24th day of August, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE